Exhibit 4

E.C.C. Redacted I-765, category (c)(11) Proof of Filing



# Application For Employment Authorization

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

USCIS
Form I-765
OMB No. 1615-0040
Expires 07/31/2022

**For USCIS Use Only**

☐ Authorization/Extension Valid From _____

☐ Authorization/Extension Valid Through _____

Alien Registration Number  A- _____

Remarks

Fee Stamp

Action Block

To be completed by an attorney or Board of Immigration Appeals (BIA)- accredited representative (if any).

☒ Select this box if Form G-28 is attached.

Attorney or Accredited Representative USCIS Online Account Number (if any)

▶ **START HERE** - Type or print in black ink. Answer all questions fully and accurately. If a question does not apply to you (for example, if you have never been married and the question asks, "Provide the name of your current spouse"), type or print "N/A" unless otherwise directed. If your answer to a question which requires a numeric response is zero or none (for example, "How many children do you have" or "How many times have you departed the United States"), type or print "None" unless otherwise directed.

## Part 1. Reason for Applying

I am applying for (select only one box):

1.a. ☒ Initial permission to accept employment.

1.b. ☐ Replacement of lost, stolen, or damaged employment authorization document, or correction of my employment authorization document **NOT DUE** to U.S. Citizenship and Immigration Services (USCIS) error.

NOTE: Replacement (correction) of an employment authorization document due to USCIS error does not require a new Form I-765 and filing fee. Refer to **Replacement for Card Error** in the **What is the Filing Fee** section of the Form I-765 Instructions for further details.

1.c. ☐ Renewal of my permission to accept employment. (Attach a copy of your previous employment authorization document.)

## Part 2. Information About You

### Your Full Legal Name

1.a. Family Name (Last Name) ██████████
1.b. Given Name (First Name) ██████████
1.c. Middle Name ██████████

### Other Names Used

Provide all other names you have ever used, including aliases, maiden name, and nicknames. If you need extra space to complete this section, use the space provided in Part 6. Additional Information.

2.a. Family Name (Last Name) _____
2.b. Given Name (First Name) _____
2.c. Middle Name _____

3.a. Family Name (Last Name) _____
3.b. Given Name (First Name) _____
3.c. Middle Name _____

4.a. Family Name (Last Name) _____
4.b. Given Name (First Name) _____
4.c. Middle Name _____

Form I-765 Edition 08/25/20

Page 1 of 7

9/13/21, 1:26 PM                                     USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 9405511699000030721329

Remove ✕

Your item was delivered at 10:52 am on August 28, 2021 in CHICAGO, IL 60680.

USPS Tracking Plus™ Available ⌄

## ⊘ Delivered

August 28, 2021 at 10:52 am
CHICAGO, IL 60680

Get Updates ⌄

| Text & Email Updates | ⌄ |
|---|---|
| Tracking History | ⌄ |
| USPS Tracking Plus™ | ⌄ |
| Product Information | ⌄ |

See Less ∧

## Can't find what you're looking for?