# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

L.F.O.P.
       Plaintiffs,

      V.

Mayorkas, et al.,
       Defendants,

CIVIL ACTION

NO. 21-11556-TSH

## ORDER OF DISMISSAL

**Hillman, D.J.**

In accordance with the Court's Order dated 2/8/23, granting the defendants' motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

___2/8/23___         /s/ Martin Castles
Date        Deputy Clerk